IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ALI PATTERSON,

       Plaintiff,

v.                                            4:11cv593-WS

DEPARTMENT OF CORRECTIONS,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       Before the court is the magistrate judge's report and recommendation (doc. 4) docketed November 28, 2011.  The magistrate judge recommends that the plaintiff's complaint be dismissed for failure to state a claim.  The plaintiff has filed no objections to the magistrate judge's report and recommendation.

       The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

       1.  The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

       2.  The plaintiff's complaint, and this action, are hereby DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

       3.  Leave to proceed as a pauper is DENIED.

4.  The clerk shall enter judgment stating: "All claims are DISMISSED

pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be

granted."

DONE AND ORDERED this ____3rd____ day of ____January____, 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE